✎ PS 8
(Rev. DSC 09/20)

# UNITED STATES DISTRICT COURT

for

## District of South Carolina

U.S.A. v.   Antonio Salazar Munos                                   Docket No.   2:25CR01100-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW  LaSheika VanDyke            , U.S. Probation Officer, presenting an official report upon the conduct of defendant, Antonio Salazar Munos             , who was placed under pretrial release supervision by the Honorable Molly H. Cherry, U.S. Magistrate Judge             sitting in the court at  Charleston          on the    16th    day of May                      , 20 23  under the following conditions:

Please see attached conditions of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1) **Failure to Follow Curfew Restrictions:** On March 6, 2026, between 22:10 and 22:28, the defendant was in violation of his curfew. Additionally, on March 7, 2026, between 01:56 and 03:12, 03:20 and 03:29, and 03:37 and 05:13, the defendant was in violation of his curfew. The defendant reported being in another part of his apartment building at a neighbor's residence playing video games. The defendant was out of place for a total of 4 hours and 19 minutes.

2) **Failure to Avoid Contact with Victim:** On March 13, 2026, the defendant made an approved visit to see his daughter while accompanied by his sister in Marietta, Ohio. Per Order Setting Conditions, Item 7g, Mr. Munos is prohibited from contacting his alleged victim, Taylor, who is the mother of his child. The same day, U.S. Pretrial Officer McCafferty contacted the victim, and she disclosed Mr. Munos contacted her approximately 20 times via phone and a few times via text message on March 7, 2026. According to the victim, he sounded intoxicated over the phone. Additionally, the victim reported Mr. Munos was not permitted to see their daughter and was unaware of his plans to do so.

PRAYING THAT THE COURT WILL ORDER that the Clerk of Court issue a Warrant in the usual form for the arrest of Antonio Salazar Munos, to be brought before the U.S. District/Magistrate Judge, for a proceeding in accordance with Title 18, United States Code, Section 3148(b).

X   **The Petition and Warrant shall remain under seal until served by the United States Marshal Service.**

ORDER OF COURT

Considered and ordered this    17th         day of March           , 20 26      and ordered filed and made a part of the records in the above case.

s/ Richard Mark Gergel
        Richard Mark Gergel, U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 16, 2026

*LaSheika S. VanDyke*
LaSheika S. VanDyke, Supervisory U.S. Probation Officer

Place    Charleston, SC